

# CORRECTED JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-21-00028-CV

JAMES SABATINO, Appellant

V.

RACHEL LAUREN GOLDSTEIN, Appellee

Appeal from the 280th District Court of Harris County. (Tr. Ct. No. 2020-68595).

This case is an appeal from the protective order signed by the trial court on December 4, 2020. After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court lacked subject-matter jurisdiction over the case. Accordingly, the Court **vacates** the trial court's protective order and **dismisses** the case.

The Court **orders** that this decision be certified below for observance.

Judgment rendered August 23, 2022.

Panel consists of Justices Kelly, Goodman, and Guerra. Opinion delivered by Justice Goodman.